# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153759

ANGELA M. ROBINSON, a Legally Incapacitated
Person, and REMO MARZELLA and MARIE
MARZELLA, a/k/a TONI MARZELLA, Co-
Guardians/Co-Conservators/Co-Trustees,
        Plaintiffs-Appellees,

v

                                    SC: 153759
                                    COA: 325080
MUNGER & ASSOCIATES, PLLC, MUNGER &       Oakland CC: 2014-138598-NM
ASSOCIATES, PC, JON B. MUNGER,
JENNIFER CARNEY, and CHRISTINE A. WAID,
        Defendants-Appellants.
_____/

       On order of the Court, the application for leave to appeal the April 7, 2016
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017


                                        Clerk

d0522